IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL S. HOSKINS,

    Plaintiff,

v.

DR. DEBLANC, et al.

    Defendants.

ORDER

Case No. 18-cv-578-jdp

---

MICHAEL S. HOSKINS,

    Plaintiff,

v.

BEAHM,

    Defendant.

ORDER

Case No. 18-cv-579-jdp

---

Plaintiff Michael S. Hoskins has filed two proposed civil complaints and requested leave to proceed without prepaying the filing fees. To evaluate plaintiff's request to proceed with prepayment of the filing fees, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than August 16, 2018. If I find that plaintiff is indigent, I will calculate initial partial payment amounts for each case that must be paid before the court can screen the merits of the complaints under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Michael S. Hoskins may have until August 16, 2018 to submit a trust fund account statement for the period beginning approximately February 24, 2018 and ending approximately July 24, 2018. If, by August 16, 2018, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 26th day of July, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge